AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Utah

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
JUN 03 2020
D. MARK JONES, CLERK
BY _____
DEPUTY CLERK

| United States of America | ) |
|---|---|
| v. | ) Case No. 4:20-mj-00038 |
| RASHAAN MAMAO MATALOLO | ) |
| Defendant | ) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  RASHAAN MAMAO MATALOLO,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(8), Possession of a Firearm While Subject to a Domestic Violence Protective Order.

Date:  05/28/2020

_____
Issuing officer's signature

City and state:  St. George, Utah

PAUL KOHLER, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 5/28/2020, and the person was arrested on *(date)* 5/29/2020
at *(city and state)* Washington City, UT.

Date: 5/29/2020

_____
Arresting officer's signature

Brady Wilson, Special Agent
*Printed name and title*